IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 3<br>PENSION FUND, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CHICAGOLAND DECORATING, LTD.,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)      **No. 04-1079-CV-W-FJG**<br>)<br>)<br>)<br>) |

## JUDGMENT

This matter came on for hearing pursuant to the Order of the Court and pursuant to Default Judgment entered May 20, 2005, Plaintiffs appeared by Paul E. Torlina, Arnold, Newbold, Winter & Jackson, P.C., their attorneys, and Trustees Todd A. Doree and Dennis E. Johnson. The defendant did not appear.

The Court having reviewed plaintiffs' evidence, and being fully advised of the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment be entered in favor of plaintiffs, Painters District Council No. 3 Pension Fund and its respective Trustees, and against defendant, Chicagoland Decorating, Ltd., in the amount of ELEVEN THOUSAND, FOUR HUNDRED EIGHTY-ONE AND 46/100 ($11,481.46) DOLLARS as and for fringe benefit contributions due and owing for the period June 15, 2004 through June 30, 2005; TWO THOUSAND, TWO HUNDRED FOURTEEN AND 42/100 ($2,214.42) DOLLARS as and for liquidated damages; FIVE HUNDRED EIGHTY-SIX AND 77/100 ($586.77) DOLLARS as and for interest; ONE THOUSAND, EIGHT HUNDRED SEVENTY-FIVE AND 00/100 ($1,875.00) DOLLARS as and for audit costs; and TWO THOUSAND, EIGHTY-THREE AND 18/100 ($2,083.18) DOLLARS as and for attorneys' fees and costs.

That Judgment be entered in favor of plaintiffs, Painters District Council No. 3 Health and Welfare Fund and its respective Trustees, and against defendant, Chicagoland Decorating, Ltd. in

the amount of **THREE THOUSAND, EIGHTY-FIVE AND 14/100 ($3,085.14) DOLLARS** as and for fringe benefit contributions due and owing for the period June 15, 2004 through June 30, 2005; **FIVE HUNDRED FORTY AND 89/100 ($540.89) DOLLARS** as and for liquidated damages; **ONE HUNDRED TWENTY-SEVEN AND 78/100 ($127.78) DOLLARS** as and for interest; **ONE THOUSAND, SIX HUNDRED EIGHTY-SEVEN AND 50/100 ($1,687.50) DOLLARS** as and for audit costs; and **ONE THOUSAND, EIGHT HUNDRED SEVENTY-FOUR AND 86/100 ($1,874.86) DOLLARS** as and for attorneys' fees and costs.

That Judgment be entered in favor of plaintiffs, Painters District Council No. 3 Apprenticeship, Health and Safety Training Fund and its respective Trustees, and against defendant, Chicagoland Decorating, Ltd. in the amount of **ONE THOUSAND, EIGHTEEN AND 02/100 ($1,018.02) DOLLARS** as and for fringe benefit contributions due and owing for the period June 15, 2004 through June 30, 2005; **ONE HUNDRED NINETY-SEVEN AND 54/100 ($197.54) DOLLARS** as and for liquidated damages; **FIFTY-TWO AND 93/100 ($52.93) DOLLARS** as and for interest; **ONE HUNDRED EIGHTY-SEVEN AND 50/100 ($187.50) DOLLARS** as and for audit costs; and **TWO HUNDRED EIGHT AND 32/100 ($208.32) DOLLARS** as and for attorneys' fees and costs.

That the total judgment in favor of plaintiffs, Painters District Council No. 3 Pension Fund, Painters District Council No. 3 Health and Welfare Fund, and Painters District Council No. 3 Apprenticeship, Health and Safety Training Fund and each Funds' respective Trustees, and against defendant, Chicagoland Decorating, Ltd., be entered in the amount of **TWENTY SEVEN THOUSAND, TWO HUNDRED TWENTY-ONE AND 31/100 ($27,221.31) DOLLARS**; with interest on all said amounts; costs of this action be assessed against the defendant.

Dated at Kansas City, Missouri, this __22nd__ day of ____March___, 2006.


_____/s/ FERNANDO J. GAITAN, JR._____
UNITED STATES DISTRICT JUDGE